RECEIVED
IN LAKE CHARLES, LA.
DEC 04 2015
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANDRE P. LARK, SR.<br>BOP #21857-001 | * | CIVIL ACTION NO. 2:15-cv-84<br>SECTION P |
| v. | * | JUDGE MINALDI |
| WARDEN CLAY | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 5) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus (Rec. Doc. 4) filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this 2 day of December, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE